# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
LOUIS DIOR AMIR,                    *
                                    *
            Plaintiff,              *
                                    *   No. 21-1283C
        v.                          *   Filed: April 30, 2021
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### O R D E R

On April 21, 2021, pro se plaintiff Louis Dior Amir filed his complaint in the above captioned case, along with a motion for leave to proceed in forma pauperis. Section 1915 of Title 28 provides, part:

> (a)(1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.
>
> (2) A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.
>
> (3) An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.

28 U.S.C. § 1915(a) (2018). Plaintiff is a prisoner at Federal Correctional Institution in Ray Brook, New York. Plaintiff, however, did not file a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint." Plaintiff has filed numerous complaints in various federal courts, including four previous cases in the United States Court of Federal Claims. See Amir v. United States, 20-cv-1084C; Amir v. United States, 20-cv-1045C; Amir v. United States, 20-cv-1012C; Amir v. United States, 16-cv-870C. Plaintiff

is, therefore, aware of the requirements of a prisoner seeking to bring a case in forma pauperis. As a result of plaintiff's failure to meet the requirements of the 28 U.S.C. § 1915(a), plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

    **IT IS SO ORDERED**.

                      s/Marian Blank Horn
                      **MARIAN BLANK HORN**
                            **Judge**